BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION . | MDL No. |

## MOTION OF PLAINTIFF ARLIE TUCKER FOR THE TRANSFER OF RELATED ACTIONS TO THE WESTERN DISTRICT OF MISSOURI FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Plaintiff (hereinafter "Movant") in the matter *Tucker v. BPS Direct, LLC et al.*, Case No. 6:22-cv-03285-SRB (W.D. Mo.), respectfully moves this Panel, pursuant to 28 U.S.C. § 1407 to transfer the 6 identified related actions ("Actions"), identified in the Schedule of Actions accompanying this motion and any subsequently filed tag-along actions or related actions, to the Western District of Missouri for coordinated or consolidated pretrial proceedings. In support of the Motion, Movant submits a Memorandum of Law in Support of the Motion to Transfer. The Western District of Missouri is the most logical and well-equipped District to address the class claims in the Actions. For the reasons set forth herein and in Movant's accompanying Brief in Support, Movant respectfully requests that this Panel transfer the Actions to the Western District of Missouri for coordinated or consolidated pretrial proceedings.

WHEREFORE, Movant respectfully requests that this Panel enter an Order granting the Motion for Transfer and Centralization of Actions to the Western District of Missouri Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings.

Dated February 15, 2023

Respectfully submitted,

*s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf (MN #0392037)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com
*Attorney for Plaintiff Tucker*