# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **IN RE: BPS AND CABELA'S WIRETAPPING LITIGATION** . | MDL No. |

## SCHEDULE OF ACTIONS

| CASE CAPTIONS | COURT | CIVIL NO. | JUDGE |
|---|---|---|---|
| **Plaintiff(s):** Heather Cornell **Defendant(s):** BPS Direct, L.L.C. d/b/a Bass Pro Shops | Western District of Pennsylvania (Erie) | 1:23-cv-00020-SPB | Judge Susan Paradise Baxter |
| **Plaintiff(s):** Brian Calvert **Defendant(s):** Cabela's LLC | Western District of Pennsylvania (Pittsburgh) | 2:22-cv-01460-WSH | Judge W. Scott Hardy |
| **Plaintiff(s):** Brittany Vonbergen **Defendant(s):** BPS Direct, LLC | Eastern District of Pennsylvania (Philadelphia) | 2:22-cv-04709-KBH | Judge Kelley Brisbon Hodge |
| **Plaintiff(s):** Arlie Tucker **Defendant(s):** BPS Direct, LLC; Cabela's LLC; Cabela's Retail MO, LLC | Western District of Missouri (Springfield) | 6:22-cv-03285-SRB | Judge Stephen Rogers Bough |
| **Plaintiff(s):** Gregory Moore, Jr. **Defendant(s):** BPS Direct, LLC | Southern District of California | 3:22-cv-01951-TWR-NLS | Judge Todd W. Robinson |

| CASE CAPTIONS | COURT | CIVIL NO. | JUDGE |
|---|---|---|---|
| **Plaintiff(s):**<br>Peter Montecalvo<br>**Defendant(s):**<br>Cabela's Inc. | District of Massachusetts (Boston) | 1:22-cv-11837-NMG | Judge Nathaniel M. Gorton |