BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: BPS DIRECT, LLC AND CABELA'S, LLC WIRETAPPING LITIGATION | MDL No. 3074 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 1, 2023, I electronically filed the foregoing Notice of Appearance and this Proof of Service with the Clerk of the JPML using the CM/ECF system, and notice was thereby disseminated to all counsel of record registered via the CM/ECF email notification system.

Respectfully submitted,

Date: March 1, 2023

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (MN Bar No. 336695)
Michael J. Laird (MN Bar No. 398436)
Rachel K. Tack (MN Bar No. 399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

***Attorneys for Peter Montecalvo***