**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: BPS DIRECT, LLC, | ) | |
| AND CABELA'S, LLC, | ) | MDL Docket No. 3074 |
| WIRETAPPING LITIGATION | ) | |

## WITHDRAWAL OF FILING

Plaintiff Timothy Durham, plaintiff in the action *Timothy Durham v. Cabela's LLC*, Case No. 2:23-cv-01630-GW-KES, hereby WITHDRAWS Docs. 14 and 16 WITHOUT PREJUDICE. Plaintiff Durham will refile a corrected version of the aforementioned documents per the Clerk of Court's instruction.

Dated: March 13, 2023.

    */s/ MaryBeth V. Gibson*
    MaryBeth V. Gibson
    Georgia Bar No. 785243
    **THE FINLEY FIRM, P.C.**
    3535 Piedmont Rd.
    Building 14, Suite 230
    Atlanta, GA  30305
    Phone: (404) 978-6971
    Fax: (404) 320-9978
    mgibson@thefinleyfirm.com
    *Counsel for Plaintiff Timothy Durham*