BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: BPS DIRECT, LLC, | ) | |
| AND CABELA'S, LLC, | ) | MDL Docket No. 3074 |
| WIRETAPPING LITIGATION | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on March 13, 2023, I filed this Interested Party Response in Support of Motion for Transfer of Related Actions to the Eastern District of Pennsylvania Pursuant to 28 U.S.C. § 1407 with the J.M.P.L.'s CM/ECF system, which will serve each of the parties to this MDL electronically, and caused the same to be mailed by U.S. Mail, to the foregoing:

| Action | Parties |
|---|---|
| *Durham v. Cabelas LLC* (C.D. Cal.; Case No.: 2:23-cv-01630-GW-KES) | *Defendant Cabela's, LLC (counsel has not yet appeared)*:<br>Cabela's LLC c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 |

Dated: March 13, 2023.

/s/ *MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 785243
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA  30305
Phone: (404) 978-6971
Fax: (404) 320-9978
mgibson@thefinleyfirm.com

Francis J. Flynn, Jr.
**LAW OFFICE OF FRANCIS J. FLYNN, JR.**
6057 Metropolitan Plaza

Los Angeles, CA 90036
314-662-2836
Email: casey@lawofficeflynn.com
*Counsel for Plaintiff Timothy Durham*